**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REGINA SMITH**,**

                                              CASE NO.:  8:17-cv-02505-EAK-AEP

    Plaintiff,

        v.

DIVERSIFIED CONSULTANTS, INC.

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Diversified Consultants, Inc. (DCI), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 16, 2018                Respectfully Submitted,

                                              */s/ Ashley N. Rector*
                                              Ashley N. Rector, Esq.
                                              Florida Bar No. 0106605
                                              Dayle M. Van Hoose, Esq.
                                              Florida Bar No. 0016277
                                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                              3350 Buschwood Park Drive, Suite 195
                                              Tampa, Florida 33618
                                              Telephone: (813) 440-5327
                                              Facsimile: (866) 466-3140
                                              arector@sessions.legal
                                              dvanhoose@sessions.legal

*Attorneys for Defendants,*
*Diversified Consultants, Inc.*

### **CERTIFICATE OF SERVICE**

I certify that on this 16th day of February 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Octavio Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
tgomez@forthepeople.com
jessicak@forthepeople.com

*/s/ Ashley N. Rector*
Attorney